

Exhibit A

Tulane Environmental Law Clinic

April 22, 2013                                                                    *Reference No. 101-055.1*

*CERTIFIED MAIL*                                    *CERTIFIED MAIL*
*7010 0780 0002 1577 5934*                          *7010 0780 0002 1577 5958*
*RETURN RECEIPT REQUESTED*                          *RETURN RECEIPT REQUESTED*
*Mr. Paul Stratford, Site Manager*                  *Bob Perciasepe, Acting Administrator*
*ExxonMobil Chemical Co.*                           *U.S. Environmental Protection Agency*
*Baton Rouge Chemical Plant*                        *Ariel Rios Building*
*4999 Scenic Highway, P.O. Box 241*                 *1200 Pennsylvania Avenue, N.W.*
*Baton Rouge, LA 70805-3359*                        *Mail Code 1101A*
                                                    *Washington, DC 20460-0001*

*CERTIFIED MAIL*                                    *CERTIFIED MAIL*
*7010 0780 0002 1577 5941*                          *7010 0780 0002 1577 5965*
*RETURN RECEIPT REQUESTED*                          *RETURN RECEIPT REQUESTED*
*Corporation Service Company*                       *Peggy M. Hatch, Secretary*
*(As registered agent for Exxon Mobil*              *Louisiana Department of Environmental*
*Corporation)*                                      *Quality*
*320 Somerulos St.*                                 *Office of the Secretary*
*Baton Rouge, LA 70802-6129*                        *P.O. Box 4301*
                                                    *Baton Rouge, LA 70821-4301*

Re:      60 Days Notice of Violations and Intent to File Citizen Suit Against Exxon Mobil
         Corporation d/b/a ExxonMobil Chemical Co., 40 C.F.R. § 54.3(b)
         Pursuant to Clean Air Act 42 U.S.C. § 7604(b)(1)(A)

Dear Mr. Stratford, Mr. Perciasepe and Ms. Hatch:

        This letter provides notice under Clean Air Act, 42 U.S.C. § 7604(b)(1)(A), and 40
C.F.R. §54.3(b) that Louisiana Environmental Action Network ("LEAN") and Ms. Stephanie
Anthony intend to file a citizen suit against ExxonMobil Corporation d/b/a ExxonMobil Baton
Rouge Chemical Company ("ExxonMobil") for ongoing violations of the Clean Air Act,
including but not limited to violations of 42 U.S.C. § 7661a(a).

ExxonMobil Chemical Plant
Notice of Violation
April 22, 2013
Page 2 of 5

The law requires us to provide advance notice of this lawsuit in part to give the parties an opportunity to try to resolve the issues that this notice raises without litigation.  We would be pleased to use this time to explore a cooperative resolution of the violations we allege here.

**Persons Giving Notice:**

    Louisiana Environmental Action Network
    P.O. Box 66323
    Baton Rouge, Louisiana 70896
    Phone: (225) 928-1315

    Ms. Stephanie Anthony
    7741 Governor Derbigny Drive
    Baton Rouge, Louisiana 70811

LEAN is an incorporated, non-profit community organization whose purpose is to preserve and protect Louisiana's land, air, water, and other natural resources, and to protect the organization's members who live, work, and recreate within the state from threats of pollution, including harmful emissions from chemical plants.  LEAN has members who live, work, and recreate in or near Baton Rouge, an area designated as non-attainment for ozone.  ExxonMobil's unpermitted discharges of air contaminants, which include toxic air pollutants and potent ozone precursors, contribute to air pollution that impairs LEAN members' quality of life and enjoyment of the area and poses risks to those members' health.

Ms. Anthony is a long-time resident of Baton Rouge and resides less than 6 miles from the plant.  Ms. Anthony is concerned about the health, safety, and negative environmental impacts associated with ExxonMobil's unpermitted discharges of air contaminants.

**LEAN and Ms. Anthony's Counsel**:

    Adam Babich, SBN: 27177
    Lisa W. Jordan, SBN: 20451
    Tulane Environmental Law Clinic
    6329 Freret Street
    New Orleans, LA 70118
    Phone: (504) 862-8818 (Babich) (504) 314-2481 (Jordan)
    Fax: (504) 862-8721

**Person Responsible for Alleged Violations:**

ExxonMobil Corporation d/b/a/ ExxonMobil Chemical Company (ExxonMobil), as owner and operator of the Exxon Mobil Baton Rouge Chemical Plant in Baton Rouge, Louisiana, is responsible for the violations that this notice raises.

ExxonMobil Chemical Plant
Notice of Violation
April 22, 2013
Page 3 of 5

## Locations of the Violations:

ExxonMobil's violations have occurred and continue to occur at the ExxonMobil Baton Rouge Chemical Plant located at 4999 Scenic Highway, Baton Rouge, Louisiana 70805-3359.

## Dates of the Violations:

The violations that are the subject of this notice began by at least January 1, 2009 and are ongoing.

## Description of ExxonMobil's Clean Air Act Violations:

Section 7661a(a) of the Clean Air Act provides that "it shall be unlawful for any person to violate any requirement of a permit." Sections 7604(a) & (f) impose liability for violation of any "emission standard or limitation," including without limitation any "applicable State implementation plan." Paragraphs A through D, below, describe ExxonMobil's violations of 42 U.S.C. §7661a(a) and other "emission standards or limitations," as 42 U.S.C. § 7604(f) defines that phrase.

These lists of violations are not exhaustive. LEAN and Ms. Anthony intend to include in their lawsuit additional violations, legal or factual, revealed in the course of investigation or discovery, including, without limitation, violations that occur after submission of this notice.

A. **Reported Permit Violations:**  ExxonMobil violates the Act by discharging air pollutants from its facility in excess of permit limits or without appropriate permits for such discharges, and by violating other permit conditions.

ExxonMobil is in violation of the Act because, in the course of operating the facility at 4999 Scenic Highway, ExxonMobil repeatedly discharges air contaminants such as, but not limited to, Carbon Monoxide, and Nitrogen Oxide, and hazardous air pollutants including, but not limited to, 1,3-Butadiene, Benzene, Propylene, Ethylene, and other unauthorized substances in violation of its permits and/or without an applicable permit.  Exxon also violates other permit conditions.

By way of example and not limitation, LEAN and Ms. Anthony present an illustrative list of these violations in Table 1, based on publicly available information. Based on a review of the permits and ExxonMobil's own reports, the emissions in Table 1 (attached) violate the requirements of ExxonMobil's permits or are not covered by any permit.

B. **Violations of Reporting Requirements:** ExxonMobil violates the Act by failing to meet the notification requirements of La. Admin. Code 33:I.39 and the Act.

ExxonMobil is in violation of the Act because it repeatedly fails to: 1) provide timely notification to the Louisiana Department of Environmental Quality after an unauthorized discharge, 2) file required follow-up written reports, and 3) provide all information required by

the Clean Air Act, the state implementation plan and ExxonMobil's permits in Unauthorized Discharge Notification Reports and other incident reports.

By way of example and not limitation, LEAN and Ms. Anthony present an illustrative list of these violations in Table 2 (attached). LEAN and Ms. Anthony base Table 2 on publicly available information. Based on a review of reports by the Louisiana Department of Environmental Quality and ExxonMobil's own reports, the listed instances in which notifications were incomplete, not timely or not appropriately followed-up violate reporting requirements of the permits held by ExxonMobil.

C. **Additional Violations (on information and belief):** In addition to the violations noted above, ExxonMobil is in violation of the Act because of additional excess emissions, described below.

By way of example and not limitation, LEAN and Ms. Anthony present an illustrative list in Table 3 (attached) of incidents that, on information and belief, are violations of ExxonMobil's permit(s) and the Clean Air Act. Table 3 is based on publicly available information. These allegations of permit violations are made upon information and belief because ExxonMobil's reports are insufficient to reliably link the reported excess emissions with applicable permit limits.

D. **Failure to Maintain a Safe Facility and to Appropriately Maintain Equipment**

The violations alleged in paragraphs A through C above demonstrate that ExxonMobil has failed to maintain its facility, including associated air pollution control equipment in a manner "consistent with good air pollution control practice for minimizing emissions" at all times, including periods of startup, shutdown, and malfunction. This is a violation of ExxonMobil's duties under its permits and the Act, including without limitation 40 C.F.R. § 60.11(d).

**Final Note**

Should ExxonMobil find any part of this letter inaccurate or otherwise disagree with the letter's contents, please contact us as soon practical. Again, we would welcome the opportunity to discuss any part of this letter during the notice period.

ExxonMobil Chemical Plant
Notice of Violation
April 22, 2013
Page 5 of 5

Substantially prepared by:

Lauren Matthews, Student Attorney

Anna Klemmer, Student Attorney
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Phone: (504) 862- 8818
Fax:  (504) 862-8721

Respectfully submitted by:

Adam Babich, SBN: 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Phone: (504) 862- 8818
Fax:  (504) 862-8721
Counsel for Louisiana Environmental
Action Network and Stephanie Anthony

*Cc:*
*CERTIFIED MAIL*
*7010 0780 0002 1577 5972*
*RETURN RECEIPT REQUESTED*
*Ron Curry, Administrator for Region Six*
*United States Environmental Protection*
*Agency, Region Six*
*1445 Ross Avenue, Suite 1200*
*Dallas, TX 75202-2711*

Exhibit A 000005

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 1 of 16
Table 1

## TABLE 1.

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|---|---|---|---|---|---|
| 8433260, 8570451, 856249, 8458721 | 6/14/12 | (2299-V5), 2795-V6, 2234-V5, 2363-V3, 2341-V2 | emission exceedances | Aromatics Tank 801, bleeder plug failure | Benzene |
| 8433260, 8570451, 856249, 8458721 | 6/14/12 | (2299-V5), 2795-V6, 2234-V5, 2363-V3, 2341-V2 | emission exceedances | Aromatics Tank 801, bleeder plug failure | Toluene |
| 8433260, 8570451, 856249, 8458721 | 6/14/12 | (2299-V5), 2795-V6, 2234-V5, 2363-V3, 2341-V2 | emission exceedances | Aromatics Tank 801, bleeder plug failure | Cyclohexane |
| 8433260, 8570451, 856249, 8458721 | 6/14/12 | (2299-V5), 2795-V6, 2234-V5, 2363-V3, 2341-V2 | emission exceedances | Aromatics Tank 801, bleeder plug failure | Hexane |
| 8433260, 8570451, 856249, 8458721 | 6/14/12 | (2299-V5), 2795-V6, 2234-V5, 2363-V3, 2341-V2 | emission exceedances | Aromatics Tank 801, bleeder plug failure | additional VOCs |
| 8125078 | 5/31/11 | 2390-V1 | emission exceedances | M-1000 flare cap | chloroethane |
| 8125078 | 5/31/11 | 2390-V1 | emission exceedances | M-1000 flare cap | Chloroform |
| 8125078 | 5/31/11 | 2390-V1 | emission exceedances | M-1000 flare cap | Methyl Bromide |
| 8125078 | 5/31/11 | 2390-V1 | emission exceedances | M-1000 flare cap | Methylene Chloride |
| 7801248 | 2010 | 2390-V1 | emission exceedances; also exceeded interim limits in compliance order 09-0197 | Infrastructure; EIQ# M-1000 (GRP092) | Toulene and SO2 |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 2 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|--------|--------------|-----------|------------------|--------------------|-----------------------------------|
| 7645098 | 2010 | 2166-V2 | exceeded 2010 annual permit limits | Halobutyl; EQT-0982; EQT-0974 | VOC, n-hexane |
| 7645098 | 12/5/09 | 2365-V2 | vent gas from Towers T-710 and T-740 vented to the atmosphere; vented to furnace F-635; failure to vent streams to furnace is a violation. | OXO Alcohol; Towers T-710 and T-740 | Not Available |
| 6654495 | 11/30/09 | 2012-V2 | Turbine Generator lost NOx suppression steam due to drop in temperature; caused a 10 minute exceedance of NOx concentration in the exhaust (approx. 4.5 lbs of excess NOx released) | Baton Rouge Turbine Generator | NOx |
| 7645098 | 11/6/09 | 2031-V7 | SACC "F" Furnace (Furnace FF-01, EIQ #S-06) exceeded 20% opacity, due to tube leak | Maintrain Ethylene Production; SACC "F" Furnace FF-01 EIQ# S-06 | Not Available |
| 7645098 | 10/2/09 | 2031-V7 | SACC "B" Furnace (Furnace BF-01, EIQ #S-02) exceeded 20% opacity, due to tube leak | Maintrain Ethylene Production; SACC "B" Furnace BF-01, EIQ #S-02 | Not Available |
| 6654495 | discovered 6/18/09 | 1924-V3 | open ended lines | Isopropyl Alcohol | Not Available |
| 6654495 | 5/20/09 | 2031-V7 | Furnace smoked for approx. 3 hours and 20 minutes due to a tube leak. | Maintrain Ethylene Production; SACC "A" Furnace AF-01 EIQ #S-01 | Not Available |
| 6654495 | 5/20/09 | 2031-V7 | Furnace smoked for approx. 9 minutes due to a tube leak. | Maintrain Ethylene Production; SACC "G" Furnace GF-01 EIQ#S-07 | Not Available |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 3 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|--------|---------------|-----------|------------------|-------------------|-----------------------------------|
| 6654495 | 5/20/09 | 2379-V0 | Furnace smoked for approx. 10 minutes due to a mechanical lag in oxygen supply. | Neo Acids | Not Available |
| 6654495 | discovered 4/27/09 | 2166-V1 | Tank was equipped with a vapor mounted primary seal instead of required liquid mounted seal. | Halobutyl; Tank 1987 (Group I Storage Vessel) | Not Available |
| 6654495 | 4/21/09 | 2396-V0 | 2 bleeder valves with missing plugs discovered, violated 40 CFR Subpart FFFF | POLY/No.5 Light Ends | Not Available |
| 6654495 | discovered April 2009 | 2367-V1 | open ended lines | Co-Products | Not Available |
| 6461570 | 3/9/09 | 2031-V6 | Exceeded the reportable quantity of benzene (15 lbs released in 17 minutes, over RQ of 10lbs); failure to diligently maintain facility. | Maintrain Ethylene Production; WILA Tanks 8 & 9 | Benzene |
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | Sulfur Dioxide |
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | Ethylene |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 4 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|---|---|---|---|---|---|
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | Benzene |
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | Nitrogen Oxide |
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | 1, 3 Butadiene |
| 6461570 | 2/17/09 | 2390-V1 | >20% opacity from flares; chemicals released above reportable quantity. Each exceedance is a violation of specific requirements 7, 213, and 316 of the permit. | Infrastructure; EPLA-W Compressor; Flares 10, 25, 26; Benzene Hydrotreating Unit | Propylene |
| 6654495 | 2/14/09 | 2031-V7 | Furnace smoked for approx. 4 minutes due to a tube leak | Maintrain Ethylene Production; SACC "A" Furnace AF-01 EIQ #S-01 | Not Available |
| 6654495 | 2/5/09 | 2031-V7 | Furnace smoked for 25 minutes due to tube leak | Maintrain Ethylene Production; SACC "A" Furnace AF-01 EIQ #S-01 | Not Available |
| 6650794 | 1/10/09 | 1200-V3; 2012-V0 | exceeded emission limits | Baton Rouge Turbine Generator | VOC, NOx |
| 6654495 | Jan 2009 | 2367-V1 | open ended lines | Co-Products | Not Available |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 5 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|--------|---------------|-----------|------------------|--------------------|-----------------------------------|
| 7645098 | 2009 | 2295-V5, 2361-V1, 2031-V7, 2393-V1, 2396-V0, 2166-V2, 2376-V1, | 27 Open Ended Lines | | Not Available |
| 7645098 | 2009 | 2390-V1 | exceeded annual permit limit for E1Q3M-I000 Flare Gas Recovery (9.325 tpy instead of .86 tpy) | Infrastructure; EIQ3M-1000 | Not Available |
| 7645098 | 2009 | 2166-V1 | exceeded 2009 annual VOC permitted limits by 1.89 tpy for EQT0974 secondary wastewater emissions and by 4.44 tpy for EQT 0982 fines recovery tank | Halobutyl; EQT 0974; EQT-0982 | VOC |
| 7645098 | 2009 | 2166-V1 | exceeded 2009 annual n-hexane permitted limits by 0.28 tpy for EQT0974 | Halobutyl; EQT-0974 | n-hexane |
| 7645098 | 2009 | 2166-V1 | exceeded 2009 annual n-hexane permitted limits by 2.65 tpy for EQT-0982 | Halobutyl; EQT-0982 | n-hexane |
| 6654495 | 2009 | 2390-V1 | Flare #25 smoked for approx. 35 minutes due to an upset in a process unit. | Infrastructure; Flare #25 | Not Available |
| 6654495 | 2009 | 2390-V1 | Flare #65 smoked for approx. 34 minutes due to an upset in a process unit. | Infrastructure; Flare #25 | Not Available |
| 6654495 | 2009 | 2390-V1 | Flare #10 smoked for approx. 28 minutes due to an upset in a process unit. | Infrastructure; Flare #25 | Not Available |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 6 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|--------|---------------|-----------|------------------|--------------------|-----------------------------------|
| 6654495 | 2009 | 2390-V1 | open drain valve on distance piece of a compressor associated with BRCP Flare system | Infrastructure; BRCP Flare System | Not Available |
| 6654495 | 2009 | 2396-V0 | 4 valves on Poly MCPU found on delay of repair list dated 2005. Had been shut down from 4/28/08-5/2/08 for major turnaround. Monitored on 5/6/09 found to be leaking. First attempt to repair 5/11/09 was unsuccessful. Adjusted by an instrument technician 5/12/09. | POLY/No.5 Light Ends; Poly MCPU | Not Available |
| 6654495 | 2009 | 2031-V7 | certified compression ignition engine over 500 HP brought onsite for 105 days without emission reduction equipment. Was used to replace EIQ# S-109 but had higher HP than listed in the permit. | Maintrain Ethylene Production; replacement certified compression ignition engine | Not Available |
| 6654495 | 2009 | 2166-V1 | Exceedances for secondary wastewater emissions at the Halobutyl Unit. Maximum flowrate exceeded 400 gpm for 9 hours over 5 days. | Halobutyl; EIQ M-57 in Halobutyl Unit | VOCs |
| 6654495 | 2009 | 2367-V1 | 4 open ended lines | Co-Products; CPLA Unit | Not Available |
| 6654495 | 2009 | 1924-V3 | 4 open ended lines | Isopropyl Alcohol; IPA Unit | Not Available |
| 6654495 | 2009 | 2281-V1 | 1 open ended line | Methyl Ethyl Ketone/Sec-Butyl Alcohol; MEK Unit | Not Available |
| 6654495 | 2009 | 2379-V0 | 1 open ended line | Neo Acids; OLA-2X Unit | Not Available |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 7 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|---|---|---|---|---|---|
| 6654495 | 2009 | 2396-V0 | 2 open ended lines | POLY/No.5 Light Ends; Poly Unit | Not Available |
| 6654495 | 2009 | 2361-V1 | 1 open ended line | Refinery Gas Recovery; RGR Unit | Not Available |
| 6654495 | 2009 | 2376-V1 | 2 unpermitted engines | VISTALON® | Not Available |
| 6654495 | 2009 | 2390-V1 | Unpermitted emergency generator | Infrastructure | Not Available |
| 6654495 | 2009 | 2166-V1 | Exceedances for secondary wastewater emissions at the Halobutyl Unit. Maximum hourly n-hexane emissions exceeded permitted emissions for a total of 9 hours on 4 days. | Halobutyl; EIQ M-57 in Halobutyl Unit | n-hexane |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | 2,2,4-Trimethylpentane |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Acetonitrile |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Biphenyl |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Cumene |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 8 of 16
Table 1

| Doc ID | Incident Date | Permit No | Reported Details | Source Point/ Unit | Chemical Emitted (where available) |
|---|---|---|---|---|---|
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Dimethylforma-mide |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Ethylene Gycol |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Methanol |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Methyl Ethyl Ketone |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Methyl Isobutyl Ketone |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Methyl Tert-Butyl Ether |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | N-Butyl Alcohol, Phenol |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Ammonia |
| 6654495 | 2009 | 2390-V1 | permit limits exceeded | Infrastructure; Flare Cap Emissions Point M-1000 | Sulfur Dioxide |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 9 of 16
Table 2

## TABLE 2

| Doc ID | Report Date | Incident Date | Permit No | Incident | Reporting Violation |
|--------|-------------|---------------|-----------|----------|---------------------|
| 6654495 | 9/30/09 | 2/5/09 | 2031-V7 | SACC "A" Furnace AF-01 EIQ #S-01 smoked for 25 minutes due to tube leak | No timely report filed |
| 6654495 | 9/30/09 | 2/14/09 | 2031-V7 | SACC "A" Furnace AF-01 EIQ #S-01 smoked for approx. 4 minutes due to a tube leak | No timely report filed |
| 6654495 | 9/30/09 | 5/20/09 | 2031-V7 | SACC "A" Furnace AF-01 EIQ #S-01 smoked for approx. 3 hours and 20 minutes due to a tube leak. | No timely report filed |
| 6654495 | 9/30/09 | 5/20/09 | 2031-V7 | SACC "G" Furnace GF-01 EIQ#S-07 smoked for approx. 9 minutes due to a tube leak. | No timely report filed |
| 6654495 | 9/30/09 | 5/20/09 | 2379-V0 | Furnace smoked for approx. 10 minutes due to a mechanical lag in oxygen supply. | No timely report filed |
| 7645098 | 3/31/10 | 10/2/09 | 2031-V7 | SACC "B" Furnace (Furnace BF-01, EIQ #S-02) exceeded 20% opacity, due to tube leak | No timely report filed |
| 7645098 | 3/31/10 | 11/6/09 | 2031-V7 | SACC "F" Furnace (Furnace FF-01, EIQ #S-06) exceeded 20% opacity, due to tube leak | No timely report filed |
| 6654495 | 12/4/09 | 11/30/09 | 2012-V2 | Turbine Generator lost NOx suppression steam due to drop in temperature; caused a 10 minute exceedance of NOx concentration in the exhaust (approx. 4.5 lbs of excess NOx released) | No timely report filed |

Tulane Environmental Law Clinic

6329 Freret St., Ste. 130, New Orleans, LA 70118-6231  *tel* 504.865.5789 *fax* 504.862.8721
www.tulane.edu/~telc

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 10 of 16
Table 2

| Doc ID | Report Date | Incident Date | Permit No | Incident | Reporting Violation |
|---|---|---|---|---|---|
| 7645098 | 3/31/10 | 12/5/09 | 2365-V2 | vent gas from Towers T-710 and T-740 vented to the atmosphere; required to be vented to furnace F-635; failure to vent streams to furnace is a violation. | No timely report filed |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of VOCs from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Benzene from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Ethylene from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Propylene from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Isoprene from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Nitrogen Oxide from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of Sulfur Dioxide from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |
| 8244292, 8208292, 8263794 | 11/16/11 | 11/9/2011-11/19/2011 | 2031-V6 | unauthorized emission of 1,3 Butadiene from KC-01 Thermowell | Insufficient information provided to identify applicable permit requirements |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 11 of 16
Table 2

| Doc ID | Report Date | Incident Date | Permit No | Incident | Reporting Violation |
|--------|-------------|---------------|-----------|----------|---------------------|
| 6104233 | 11/18/09 | 11/18/09 | Not available | unauthorized emissions, pressure vapor release on storage tank | Insufficient information provided; failure to follow up on initial incident report |
| 6636775 | 11/18/09 | 11/18/09 | Not available | unauthorized emissions, pressure vapor vent release on storage tank | Insufficient information provided; failure to follow up on initial incident report |
| 6168706 | 1/10/10 | 1/10/10 | Not available | unauthorized emissions, HCE vacuum jet went positive | Insufficient information provided; failure to follow up on initial incident report |
| 6668727 | 1/15/10 | 1/15/10 | Not available | unauthorized emissions, starting maintain ethylene unit | Insufficient information provided; failure to follow up on initial incident report |
| 1537976 | 3/16/10 | 3/16/10 | Not available | unauthorized emissions, compressor tripped, extra gas in flare system, some of product uncombusted, close to RQ on sulfur dioxide | Insufficient information provided; failure to follow up on initial incident report |
| 1537994 | 4/22/10 | 4/22/10 | Not available | unauthorized emissions, DIPLA Unit, Cooling GFLA; heat exchanger leaking product into cooling tower water system, greater than 1000 VOC | Insufficient information provided; failure to follow up on initial incident report |
| 1538058 | 4/26/10 | 4/26/10 | Not available | unauthorized emissions, equipment failure, flaring, unknown gas | Insufficient information provided; failure to follow up on initial incident report |

Exhibit A 000016

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 12 of 16
Table 3

# TABLE 3

| Doc ID | Incident Date | Source | Pollutant | Release (lbs) | Permit No |
|--------|---------------|--------|-----------|---------------|-----------|
| 8085368 | 3/18/09 | s09-0788 HCE compressor | Benzene | 69 | Not available |
| 6359778 | 3/18/09 | Not available | Total | 121 | Not available |
| 6359808 | 3/19/09 | DSLA unit | 1,3 Butadiene | 10 | Not available |
| 6359808 | 3/19/09 | DSLA unit | Total | 320 | Not available |
| 8085362 | 3/29/09 | s09-0938 gasket on E506B exchanger | Benzene | 44 | 2299-V4 |
| 8085362 | 3/29/09 | s09-0938 gasket on E506B exchanger | Toluene | 29 | 2299-V4 |
| 6364673 | 4/6/09 | Not available | Propylene | 3470 | Not available |
| 6364673 | 4/6/09 | Not available | Flammable Vapors | 13830 | Not available |
| 6364673 | 4/6/09 | Not available | Ethylene | 2348 | Not available |
| 6470739 | 6/20/09 | Isopropyl Alcohol | Benzene | 120 | 1924-V3 |
| 6499151 | 7/14/09 | Aromatics | Benzene | 30 | 2299-V4 |
| 6547929 | 8/27/09 | Refinery Gas Recovery | Propylene | 158 | 2361-V1 |
| 6076999 | 10/12/09 | Phthalic Anhydride | Hydrogen Sulfide | 230 | 1200-V2 |
| 6089709 | 11/6/09 | Hydrocarbon Emissions (HCE) compressor C-500B | Benzene | 17 | 2299-V4 |
| 6760996 | 3/5/10 | EPLA unit | Propylene | 2421834 | 2031-V6 |
| 6760996 | 3/5/10 | EPLA unit | Flammable Vapors | 2562647 | 2031-V6 |
| 6760996 | 3/5/10 | EPLA unit | VOCs | 141454 | 2031-V6 |
| 6760996 | 3/5/10 | EPLA unit | Ethylene | 716 | 2031-V6 |
| 8114220 | 1/10/10 | vacuum jet | Benzene | 139 | Not available |
| 7744102 | 1/16/10 | Not available | Flammable Vapors | 6201 | Not available |
| 7744102 | 1/16/10 | Not available | VOCs | 6201 | Not available |
| 6667786 | 1/29/10 | Aromatics | Benzene | 31 | 2299-V4 |
| 4122543 | 5/3/10 | cooling tower #33, exchanger E-18X | Propylene | 7258 | 2396-V0 |
| 4122543 | 5/3/10 | cooling tower #33, exchanger E-18X | VOCs | 6678 | 2396-V0 |
| 7727644 | 5/23/10 | MEK unit; in SCLA unit | Flammable Vapors | 412 | Not available |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 13 of 16
Table 3

| Doc ID | Incident Date | Source | Pollutant | Release (lbs) | Permit No |
|--------|---------------|--------|-----------|---------------|-----------|
| 4121842 | 5/24/10 | POLY/ No.5 Light Ends | Flammable Vapors | 2000 | 2396-V0 |
| 8085354 | 7/8/10 | Halobutyl Unit flare | Flammable Vapors | 1809 | 2166-V1 |
| 8085354 | 7/8/10 | Halobutyl Unit flare | Propylene | 329 | 2166-V1 |
| 6172610 | 6/10/10 | Propylene refrigeration system | Propylene | 1260 | 2361-V1 |
| 6172610 | 6/10/10 | Propylene refrigeration system | Flammable Vapors | 1340 | 2361-V1 |
| 6596979 | 6/20/10 | Not available | phthalic andride | 1606 | Not available |
| 6786415 | 7/19/10 | Not available | Propylene | 480 | Not available |
| 6785771 | 7/25/10 | Halobutyl | Hexane | 225860 | 2166-V1 |
| 7295542 | 7/29/10 | Halobutyl | Flammable Vapors | 1871 | 2166-V1 |
| 7295542 | 7/29/10 | Halobutyl | Ethylene | 1873 | 2166-V1 |
| 7680803 | 9/10/10 | Olefins Area | Benzene | 209 | Not available |
| 7680803 | 9/10/10 | Olefins Area | Propylene | 819 | Not available |
| 7680803 | 9/10/10 | Olefins Area | Ethylene | 1052 | Not available |
| 7680803 | 9/10/10 | Olefins Area | Butadiene | Not available | Not available |
| 7680803 | 9/10/10 | Olefins Area | Sulfur Dioxide | 8726 | Not available |
| 7680803 | 9/10/10 | Olefins Area | Nitrogen Oxide | 1099 | Not available |
| 7701868 | 10/3/10 | Refinery Gas Recovery; compressor piping | Propylene | 278 | 2361-V1 |
| 7718937 | 10/13/10 | Maintrain Ethylene Production Unit; HC-01 compressor | HRVOCs | 107 | 2031-V6 |
| 7754740 | 10/16/10 | Isopropyl Alcohol Unit | Propylene | 366 | 1924-V3 |
| 7935501 | 10/21/10 | Bela 5 Unit | 1,3 Butadiene | 20 | 2367-V0 |
| 7788707 | 12/1/10 | Refinery Gas Recovery; Ethylene Unit | Ethylene | 7346 | 2361-V1 |
| 7788707 | 12/1/10 | Refinery Gas Recovery; Ethylene Unit | Nitrogen Oxide | 2663 | 2361-V1 |
| 8029629 | 12/8/10 | Aromatics | Benzene | 63 | 2299-V4 |
| 7798091 | 12/29/10 | Maintrain Ethylene Production Unit | Benzene | 16 | 2031-V6 |
| 7798091 | 12/29/10 | Maintrain Ethylene Production Unit | Propylene | Not available | 2031-V6 |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 14 of 16
Table 3

| Doc ID | Incident Date | Source | Pollutant | Release (lbs) | Permit No |
|--------|---------------|--------|-----------|---------------|-----------|
| 7798091 | 12/29/10 | Maintrain Ethylene Production Unit | 1,3 Butadiene | 13 | 2031-V6 |
| 7798091 | 12/29/10 | Maintrain Ethylene Production Unit | Ethylene | 304 | 2031-V6 |
| 7798091 | 12/29/10 | Maintrain Ethylene Production Unit | Nitrous Oxide | Not available | 2031-V6 |
| 7665023 | 6/27/10; 6/28/10 | Not available | Flammable Vapors | 1807 | Not available |
| 7873671 | 2/9/2011-2/10/2011 | BAC-01 | 1,3 Butadiene | 121 | 2367-V0 |
| 7873669 | 2/25/2011-2/26/2011 | BAC-01 | 1,3 Butadiene | 356 | 2367-V0 |
| 7924686 | 3/19/2011-3/20/2011 | EPLA-S | Propylene | 2218 | 2361-V1 |
| 7924686 | 3/19/2011-3/20/2011 | EPLA-S | Ethylene | 1282 | 2361-V1 |
| 7924688 | 4/13/11 | RT-03 | Propylene | 4619 | 2361-V1 |
| 7924688 | 4/13/11 | RT-03 | Ethylene | 3414 | 2361-V1 |
| 7924688 | 4/13/11 | RT-03 | Flammable Vapor | 19903 | 2361-V1 |
| 8181684 | 7/3/11 | EPLA-W | Propylene | 1181 | 2031-V6 |
| 8244292, 8208292, 8263794 | 11/9/2011-11/19/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | Ethylene | 479 | 2031-V6 |
| 8244292, 8208292, 8263794 | 11/9/2011-11/19/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | Ethane | 157 | 2031-V6 |
| 8244292, 8208292, 8263794 | 11/9/2011-11/19/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | Propylene | 146 | 2031-V6 |
| 8244292, 8208292, 8263794 | 11/9/2011-11/19/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | 1,3 Butadiene | 32 | 2031-V6 |
| 8244292, 8208292, 8263794 | 11/9/2011-11/19/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | HRVOCs | 1094 | 2031-V6 |
| 8244709, 8207350 | 11/11/11 | EPLA-W, KD-14; (in connection with 11/9/2011 incident) | HRVOCs | 108/day | 2031-V6 |
| 8346105, 8398901 | 3/20/12 | HC-01, EPLA-W | Ethylene | 271.9 | 2031-V6 |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 15 of 16
Table 3

| Doc ID | Incident Date | Source | Pollutant | Release (lbs) | Permit No |
|---|---|---|---|---|---|
| 8503388, 8530126 | 6/21/2012-7/13/2012 | EPLA - W, MKC-02; (in combination with 6/14/2012 incident) | Propylene | 93.6 | 2031-V8 |
| 8503388, 8530126, 8581260 | 6/22/12 | EPLA – S; (in combination with 6/14/2012 incident) | Propylene | Not available | 2031-V8 |
| 8569896 | 7/30/12 | MkC-02, EPLA-W | Flammable Vapor | 2073.4 | 2031-V8 |
| 8569896, 8530120 | 7/30/12 | MkC-02, EPLA-W | Propylene | 2073.4 | 2031-V8 |
| 8642907 | 11/30/2012-12/2/2012 | RLA-1, C-571 | Methylchloride | 438 | 2166-V2 |
| 8642907 | 11/30/2012-12/2/2012 | RLA-1, C-571 | Hydrochloric Acid | 62480 | 2166-V2 |
| 8642895 | 12/5/12 | EPLA-W, KC-01 | Ethylene | 464.1 | 2031-V8 |
| 8642895 | 12/5/12 | EPLA-W, KC-01 | Propylene | 109.4 | 2031-V8 |
| 8642895 | 12/5/12 | EPLA-W, KC-01 | 1,3-Butadiene | 18.8 | 2031-V8 |
| 8660528 | 12/11/12 | RGR OLA-1X, EPLA-S | Ethylene | 122 | 2361-V2 |
| 8660528 | 12/11/12 | OLA-1X, MC-01 | Flammable Vapors | 5817 | 2361-V2 |
| 8660528 | 12/11/12 | OLA-1X, MC-01 | Propylene | 5506 | 2361-V2 |
| 8684555 | 1/1/2013-1/3/2013 | UE-07 to GFLA-3 | Propylene | 64179 | 2361-V2 |
| 8709523 | 1/12/13 | IPA | Propylene | 203 | 1924-V4 |
| 8695240 | 1/15/13 | EPLA-S | Flammable Vapors | 37820 | 2361-V1 |
| 8695240 | 1/15/13 | EPLA-S | Propylene | 35590 | 2361-V1 |
| 8775939 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | VOCs | 12,208 | 2031-V8 |
| 8775940 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Benzene | 819 | 2031-V9 |
| 8775941 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Ethylene | 3,572 | 2031-V10 |
| 8775942 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Propylene | 1,423 | 2031-V11 |
| 8775943 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Isoprene | 399 | 2031-V12 |
| 8775944 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Nitrogen Oxide | 3,938 | 2031-V13 |

ExxonMobil Chemical Plant
Notice of Violation: Tables
April 22, 2013
Page 16 of 16
Table 3

| Doc ID | Incident Date | Source | Pollutant | Release (lbs) | Permit No |
|--------|---------------|--------|-----------|---------------|-----------|
| 8775945 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | Sulfur Dioxide | 28,986 | 2031-V14 |
| 8775946 | 11/9/12 | OLA-2X gas turbine, control valve servo actuator | 1,3 Butadiene | 931 | 2031-V15 |

Tulane Environmental Law Clinic

6329 Freret St., Ste. 130, New Orleans, LA 70118-6231  *tel* 504.865.5789 *fax* 504.862.8721
www.tulane.edu/~telc

Exhibit A 000021