

Exhibit B

Tulane Environmental Law Clinic

January 30, 2015                                                      Reference No. 101-055.1

*CERTIFIED MAIL*
7013 0600 0001 9892 2440
*RETURN RECEIPT REQUESTED*
ExxonMobil Chemical Co.
ATTN: Mr. Bob Johnston, Site Manager
Baton Rouge Chemical Plant
4999 Scenic Highway, P.O. Box 241
Baton Rouge, LA 70805-3359

*CERTIFIED MAIL*
7013 0600 0001 9892 2495
*RETURN RECEIPT REQUESTED*
Exxon Mobil Corporation
5959 Las Colinas Boulevard
Irving, TX 75039-2298

*CERTIFIED MAIL*
7013 0600 0001 9892 2501
*RETURN RECEIPT REQUESTED*
Corporation Service Company
(As registered agent for Exxon Mobil Corporation)
320 Somerulos St.
Baton Rouge, LA 70802-6129

*CERTIFIED MAIL*
7013 0600 0001 9892 2464
*RETURN RECEIPT REQUESTED*
Ms. Gina McCarthy, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Mail Code 1101A
Washington, DC 20460-0001

*CERTIFIED MAIL*
7013 0600 0001 9892 2488
*RETURN RECEIPT REQUESTED*
Ms. Peggy M. Hatch, Secretary
Louisiana Department of Environmental Quality
Office of the Secretary
P.O. Box 4301
Baton Rouge, LA 70821-4301

    Re:    Supplemental Notice of Violations and Intent to File Citizen Suit against Exxon Mobil Corporation regarding the ExxonMobil Baton Rouge Chemical Plant (AI #286)

Dear Mr. Johnston, Ms. McCarthy, and Ms. Hatch:

    On behalf of the Louisiana Environmental Action Network (LEAN) and Ms. Stephanie Anthony, this letter supplements—but does replace or supersede—the "60-Days Notice of Violations and Intent to File Citizen Suit Against Exxon Mobil Corporation," dated April 22, 2013.

ExxonMobil Chemical Plant
Notice of Violation
January 30, 2015
Page 2 of 3

This supplemental notice provides an illustrative, but not exhaustive, list of Exxon's further and continuing Clean Air Act violations at the Baton Rouge Chemical Plant and shows that Exxon continues to violate the Clean Air Act following its January 9, 2014, out-of-court settlement (EDMS 9144522) with the Louisiana Department of Environmental Quality (LDEQ). The supplemental, illustrative list is attached as Table 4 to this letter. Upon information and belief, each incident listed in Table 4, along with other, similar incidents, is a violation of the Clean Air Act. These incidents flow from in part from Exxon's ongoing violation of 40 C.F.R. § 60.11(d), as described in the April 22, 2013 notice.

LEAN and Ms. Anthony support Exxon's out-of-court settlement with LDEQ as an important first step in moving the Baton Rouge Chemical Plant toward compliance with the Clean Air Act. Standing alone, however, that out-of-court settlement is not sufficient to lead to compliance.

First, Exxon's history of ongoing violations following finalization of the January 9, 2014, out-of-court settlement shows that the settlement's terms are not sufficient. It is telling in this regard, that in its out-of-court settlement, Exxon did not even admit to having violated the Clean Air Act and/or the Louisiana Environmental Quality Act.

Second, an adequate settlement would include sufficient monitoring at the fence line and in the surrounding community to ensure that residents are not put at risk by Exxon's ongoing emission of pollutants in excess of permitted amounts.

Third, LDEQ has a history of waiving and failing to enforce provisions of such settlements. To provide just a few examples: On September 9, 2009, LDEQ issued a Clean Water Act compliance order to Sun Drilling Products Corp. ordering that company "to immediately take any and all steps necessary to meet and maintain compliance" with its water discharge permit. EDMS Doc. 6551535 at 35, ¶ X (Sept. 9, 2009). Sun Drilling, however, did not comply until at least November 2010, when the company faced summary judgment in a LEAN citizen suit. *See* 2010 WL 5055900. Similarly, despite years of violations by the Baton Rouge North Wastewater Plant of a state-enforceable consent decree in federal case No. 01-978 (M.D. La.), as of at least June 2012, LDEQ did not require payment of any of the stipulated penalties provided for in that decree. Although LDEQ provides for public notice and comment on entry of settlements, LDEQ extends or waives compliance with such settlements without notice to the public. *See, e.g.*, EDMS Doc. 9269883 (Apr. 7, 2014) (extending a compliance date for the LDEQ/Exxon Settlement).

As noted in the April 22, 2013 notice, LEAN and Ms. Anthony would be pleased to use the 60-day waiting period that follows submission of this supplemental notice to explore a cooperative resolution of the violations we have alleged here, and in the earlier notice.

If Exxon, LDEQ, or EPA believes that any part of this supplement or the original notice is inaccurate or otherwise inappropriate, please contact us as soon practical. We would welcome the opportunity to discuss any part of this letter during the notice period. LEAN and Ms. Anthony recognize that they are likely to remain Exxon's neighbors for the foreseeable future and would like to develop as cooperative and productive a relationship as reasonably possible.

ExxonMobil Chemical Plant
Notice of Violation
January 30, 2015
Page 3 of 3

Prepared by student attorneys at the
Tulane Environmental Law Clinic

Respectfully submitted by:

*[signature]*

Adam Babich, SBN: 27177
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118
Phone: (504) 865-5789
Phone: (504) 862-8800 (Babich direct line)
Fax: (504) 862-8721
Counsel for Louisiana Environmental
Action Network and Stephanie Anthony

Cc:
CERTIFIED MAIL No.
7013 0600 0001 9892 2549
RETURN RECEIPT REQUESTED
Ron Curry, Administrator for Region Six
United States Environmental Protection
Agency, Region Six
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2711

CERTIFIED MAIL No.
7013 0600 0001 9892 2556
RETURN RECEIPT REQUESTED
Governor Bobby Jindal
Office of the Governor
PO Box 94004
Baton Rouge, LA 70804-9004

ExxonMobil Chemical Plant                                                                    Table 4
January 30, 2015
Page 1 of 5

| Doc ID | Incident Date | Source | Comments | Pollutant | Release (lbs) | Permit No |
|---|---|---|---|---|---|---|
| 9577457 | 11/6/14 | | | Benzene<br>Flammable Vapor | 4<br>163 | |
| 9473638 | 8/7/14 | Aromatics unit | Undetermined as to preventable | Benzene<br>Flammable Vapor | 149<br>1009 | |
| 9460240 | 8/4-5/14 | EPLA-W unit | Preventable | Propylene<br>Ethylene<br>1,3-Butadiene<br>Benzene<br>Nitric Oxide<br>Flammable Vapor | 1359<br>199,632<br>46<br>16<br>3297<br>245,100 | |
| 9431571 | 7/29/14 – ongoing as of 8/5/14 | BPLA unit | Undetermined as to preventable | MTBE<br>Isobutvlene<br>Flammable Vapor<br>Total VOC | 16.5 per day<br>533.5 per day<br>550 per day<br>550 per day | |
| 9353672 | 6/2/14 | | | VOC | 40 | |
| 9353672 | 6/2/14 | | | Propylene | ~20 | |
| 9299217 | 4/23/14 | Leak on inlet flange of safety at Escorez Unit | | Flammable vapor | ~375 | |
| 9278041 | 4/19-21/14 | Tube plug failure on exchanger at Neo Acid unit | Preventable | Benzene | 6,133 | |
| 9278041 | 4/19-21/14 | Tube plug failure on exchanger at Neo Acid unit | Preventable | Boron trifluoride | 6,133 | |
| 9285284 | 4/9/14 | Flare stack | | Ethylene | 69 | |
| 9264641 | 4/7/14 | Power outage; unit upsets and flaring | Undetermined as to preventable | Propylene | 363 | |
| 9245678 | 3/19/14 | Hole in pipe valve | | Flammable vapor | 110 | |
| 9245678 | 3/19/14 | Hole in valve | | Isoprene | 19 | |
| 9229369 | 3/5/14 – ongoing as of 3/12/14 | Flare line leak at the RLA-1 unit | | VOC | 36 per day | |
| 9229291 | 2/24/14 | Isopropyl Alcohol Unit pinhole leak in weld | Preventable | Propylene | 10,931 | |

ExxonMobil Chemical Plant                                                                          Table 4
January 30, 2015
Page 2 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 9205355 9273718 | 2/15-18/14 | Sample station at TK1661 left open | Preventable | Butadiene | 24.5 | |
| 9204162 | 2/12/14 | | | Sodium Hypochlorite | 88 | |
| 9192686 | 2/2/14 | Pinhole leak in solvent line | | Flammable Vapor | 284 | |
| 9160668 | 1/7-8/14 | Vapor leak on outlet Emergency Isolation Valve flange of a Finishing Clay Bed Treater | Undetermined as to preventable | Benzene | 101 | |
| 9115174 9422510 | 11/20-21/13 | OLA-2X gas compressor tripped; drain line from compressor coupling guard | | Ethylene | 1476 | |
| 9115174 9422510 | 11/20-21/13 | " | | Propylene | 588 | |
| 9115174 9422510 | 11/20-21/13 | " | | Butadiene | 382 | |
| 9115174 9422510 | 11/20-21/13 | " | | Isoprene | 165 | |
| 9115174 9422510 | 11/20-21/13 | " | | Benzene | 338 | |
| 9115174 9422510 | 11/20-21/13 | " | | Nitrogen Oxide | 1628 | |
| 9115174 9422510 | 11/20-21/13 | " | | Sulfur Dioxide | 11,979 | |
| 9110713 | 10/11/13 | Flange between two pipes | | Bromine | 178 | |
| 9076288 | 10/5/13 | Ethylene Refrigeration compressor motor shut down; flare gas system | | Ethylene | 7392 | |
| 9076288 | 10/5/13 | " | | Butadiene | 249 | |
| 9076288 | 10/5/13 | " | | Nitrogen Oxide | 4648 | |
| 9076288 | 10/5/13 | " | | Propylene | 2028 | |
| 9076288 | 10/5/13 | " | | Sulfur Dioxide | 23, 626 | |
| 9066698 9076101 | 9/29/13 | OLA-2X gas turbine tripped, material released to flare gas system | Undetermined as to preventable | Benzene | 792 | |
| 9066698 9076101 | 9/29/13 | " | " | Propylene | 1376 | |
| 9066698 9076101 | 9/29/13 | " | " | Butadiene | 893 | |
| 9066698 9076101 | 9/29/13 | " | " | Isoprene | 386 | |
| 9066698 | 9/29/13 | " | " | Ethylene | 3456 | |

Exhibit B  000005

ExxonMobil Chemical Plant                                    Table 4
January 30, 2015
Page 3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 9076101 | | | | | | |
| 9066698 9076101 | 9/29/13 | " | " | Nitrogen Oxide | 3810 | |
| 9066698 9076101 | 9/29/13 | " | " | Sulfur Dioxide | 28,041 | |
| 8999487 9079145 8988652 | 8/9-20/13 | EPLA-S Unit | | Propylene | 5985 | |
| 9107044 9107054 | 8/5/13 | EPLA-W cracker compressor | | Ethylene | 213 | |
| 8959397 | 8/4/13 | BELA-5 Unit | | 1,3 – Butadiene | 38 | |
| 8916455 | 6/25-26/13 | level instrument malfunction on water/butadiene separation drum during startup of the BELA-5 unit caustic scrubber system | Preventable | Benzene | 33 | 2390-V3 |
| 8916455 | 6/25-26/13 | " | " | 1,3 - Butadiene | 2100 | 2390-V3 |
| 9096442 9066700 | 6/17-30/13 | AWT Waste Water Treatment Unit | Preventable | Benzene | 6577 | |
| 8891893 | 6/4/13 | Starting plant valve | | Benzene | 3 | |
| 8891893 | 6/4/13 | " | | Propylene | 11 | |
| 8891893 | 6/4/13 | " | | Butadiene | 6 | |
| 8891893 | 6/4/13 | " | | Ethylene | 26 | |
| 8902110 8884267 8999489 | 5/24/13 – 6/6/13 | BELA-5 | Preventable | Dimethyl Formamide (DMF) | 932 | 2031-V8 |
| 8902112 | 5/21/13 | RLA-1 Unit | | Methyl Chloride (MeCl) | 810 | |
| 8857466 8884271 8902114 | 5/21-23/13 | OLA-2X Unit | Preventable | Propylene | 1477 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | 1,3 Butadiene | 959 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | Ethylene | 3709 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | Nitrogen Oxide | 4089 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | Benzene | 850 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | Isoprene | 414 | 2031-V8 |

ExxonMobil Chemical Plant    Table 4
January 30, 2015
Page 4 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | Sulfur Dioxide | 30,097 | 2031-V8 |
| 8857466 8884271 8902114 | 5/21-23/13 | " | " | VOC | 5267 | 2031-V8 |
| 8850386 | 5/5/13 | ECLA-W unit HC-01 compressor | Preventable | Ethylene | 333 | 2031-V8 |
| 8850386 | 5/5/13 | " | " | Flammable Vapor | 2712 | 2031-V8 |
| 9220139 | 4/20/13 | #8 Pipestill Unit | Undetermined as to preventable | VOC | Up to 5000 | 2755-V4 |
| 8722786 | 2/10/13 | Steam Cracking Furnace C | | Ethylene | 6.7 | |
| 8695240 | 1/15/13 | Ethylene Purification Unit EPLA-S | | Propylene | 35,590 | 2361-V1 |
| 8695240 | 1/15/13 | EPLA-S | | Flammable Vapor | 37,820 | 2361-V1 |
| 8709523 | 1/12/13 | IPA flange on downstream control valve | | Propylene | 203 | 1924-V4 |
| 8950459 | 1/10/13 | RLA-3 C-201 compressor tripped. Resulted in flaring | | Propylene | 32 | |
| 8684555 | 1/1/13 – 1/3/13 | Cooling tower water chiller UE-07 to GFLA-3 cooling tower | | Propylene | 64,179 | 2361-V2 |
| 8660528 | 12/11/12 | Refinery Gas Recovery units OLA-1X and EPLA-S shut down due to water line leak. | Undetermined as to preventable | Ethylene | 122 | 2361-V2 |
| 8660528 | 12/11/12 | " | " | Propylene | 5535 | 2361-V2 |
| 8660528 | 12/11/12 | " | " | Flammable Gas (much of which was propylene) | 5817 | 2361-V2 |
| 8775419 | 12/5/12 | EPLA-W KC-01 Compressor hydraulic valve | | Ethylene | 464.1 | 2030-V8; 2031-V8 |
| 8775419 | 12/5/12 | " | | Propylene | 109.4 | 2030-V8; 2031-V8 |
| 8775423 | 11/30/12 – 12/2/12 | RLA-1 C-751 Compressor tripped. Safety valve 828-023 (D-571) and 769-021 | | Hydrochloric Acid | 62,480 | 2166-V2 |

ExxonMobil Chemical Plant					Table 4
January 30, 2015
Page 5 of 5

|  |  | (D-100) vented MeCl to the flare system. |  |  |  |  |
|---|---|---|---|---|---|---|
| 8775423 | 11/30/12 – 12/2/12 | " |  | Methyl chloride | 438 | 2166-V2 |
| 8801975 | 11/9-10/13 | OLA-2X gas turbine tripped, material released to the flare gas system |  | VOCs | 12,208 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Benzene | 819 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Ethylene | 3572 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Propylene | 1423 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Isoprene | 399 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Nitrogen Oxide | 3938 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | Sulfur Dioxide | 28,986 | 2031-V8 |
| 8801975 | 11/9-10/13 | " |  | 1,3 Butadiene | 924 | 2031-V8 |
| 8804021 | 10/24/12 | GT-601 |  | Nitrogen Oxide | Maximum hourly Nitrogen Oxide permit limit exceeded during three 20-minute periods | 2166-V3; Halobutyl |

Exhibit B  000008