Exhibit C: Illustrative Table of Violations

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 7924686 | 3/30/2011 | EPLA-S | Preventable | Ethylene | 1,282 | 2361-V1 |
| 7924686 | 3/30/2011 | EPLA-S | Preventable | Propylene | 2,218 | 2361-V1 |
| 7924688 | 4/13/2011 | RT-03 | | Ethylene | 3,414 | 2361-V1 |
| 7924688 | 4/13/2011 | RT-03 | | Propylene | 4,619 | 2361-V1 |
| 7924688 | 4/13/2011 | RT-03 | | Flammable Vapor | 19,903 | 2361-V1 |
| 8181684 | 7/3/2011 | EPLA-W | | Propylene | 1,181 | 2031-V6 |
| 8263794 | 11/9/2011 | Maintrain Ethylene Production Unit; KC-01 Thermowell | Preventable | HRVOC | 122 | 2031-V6 |
| 8398901 | 3/20/2012 | HC-01, EPLA-W | Preventable | Ethylene | 271.9 | 2031-V6 |
| 8458721 | 6/14/2012 | Aromatics Tank 801, bleeder plug failure | | Benzene | 28,688 | 2299-V5, 2795-V6, 2234-V5, 2363-V3, and 2341-V2 |
| 8458721 | 6/15/2012 | Aromatics Tank 801, bleeder plug failure | | Toluene | 10,882 | 2299-V5, 2795-V6, 2234-V5, 2363-V3, and 2341-V2 |
| 8458721 | 6/16/2012 | Aromatics Tank 801, bleeder plug failure | | Cyclohexane | 1,110 | 2299-V5, 2795-V6, 2234-V5, 2363-V3, and 2341-V2 |
| 8458721 | 6/17/2012 | Aromatics Tank 801, bleeder plug failure | | Hexane | 1,564 | 2299-V5, 2795-V6, 2234-V5, 2363-V3, and 2341-V2 |
| 8458721 | 6/18/2012 | Aromatics Tank 801, bleeder plug failure | | additional VOCs | 12,605 | 2299-V5, 2795-V6, 2234-V5, 2363-V3, and 2341-V2 |

Exhibit C: Illustrative Table of Violations

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 8530126 | 6/21/2012 | EPLA-W, MKC-02 (in combination with 6/14/2012 incident) | Preventable | Propylene | 93.6 | 2031-V8 |
| 8569896 | 7/30/2012 | Discharge piping from MKC-02 propylene refrigeration compressor at the EPLA-W unit | Preventable | Propylene | 2,073.40 | 2031-V8 |
| 8569896 | 7/30/2012 | Discharge piping from MKC-02 propylene refrigeration compressor at the EPLA-W unit | Preventable | Flammable Vapor | 2,073.40 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | VOC | 12,208 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Benzene | 819 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Ethylene | 3,572 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Propylene | 1,423 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Isoprene | 399 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | 1,3-Butadiene | 931 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Sulfur Dioxide | 28,986 | 2031-V8 |
| 8775939 | 11/9/2012 | OLA-2X gas turbine | | Nitrogen Oxide | 3,938 | 2031-V8 |
| 8642907 | 11/30/2012 | RLA-1 | Undetermined | Methyl Chloride | 436 | 2166-V2 |
| 8642907 | 11/30/2012 | RLA-1 | Undetermined | Hydrochloric Acid | 62,480 | 2166-V2 |
| 8775423 | 11/30/2012 | RLA-1 C-751 Compressor tripped. Safety valve 828-023 (D-571) and 769-021 (D-100). | | Hydrochloric Acid | 62,480 | 2166-V2 |
| 8775423 | 11/30/2012 | RLA-1 C-751 Compressor tripped. Safety valve 828-023 (D-571) and 769-021 (D-100). | | Methyl chloride | 438 | 2166-V2 |

Exhibit C: Illustrative Table of Violations

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 8642895 | 12/5/2012 | EPLA-W KC01 Compressor | Undetermined | Ethylene | 464.1 | 2031-V8 |
| 8642895 | 12/5/2012 | EPLA-W KC01 Compressor | Undetermined | Propylene | 109.4 | 2031-V8 |
| 8642895 | 12/5/2012 | EPLA-W KC01 Compressor | Undetermined | 1,3-Butadiene | 18.8 | 2031-V8 |
| 8775419 | 12/5/2012 | EPLA-W KC-01 Compressor hydraulic valve | | Ethylene | 464.1 | 2030-V8; 2031-V8 |
| 8775419 | 12/5/2012 | EPLA-W KC-01 Compressor hydraulic valve | | Propylene | 109.4 | 2030-V8; 2031-V8 |
| 8660528 | 12/11/2012 | RGR Unit (OLA-1X and EPLA-S) | Undetermined | Ethylene | 122 | 2361-V2 |
| 8660528 | 12/11/2012 | RGR Unit (OLA-1X and EPLA-S) | Undetermined | Flammable Vapor | 5,817 | 2361-V2 |
| 8660528 | 12/11/2012 | RGR Unit (OLA-1X and EPLA-S) | Undetermined | Propylene | 5,535 | 2361-V2 |
| 8660528 | 12/11/2012 | Refinery Gas Recovery | Undetermined | Ethylene | 122 | 2361-V2 |
| 8660528 | 12/11/2012 | Refinery Gas Recovery units OLA-1X and EPLA-S shut down due to water line leak. | Undetermined | Propylene | 5,535 | 2361-V2 |
| 8660528 | 12/11/2012 | Refinery Gas Recovery units OLA-1X and EPLA-S shut down due to water line leak. | Undetermined | Flammable Gas | 5,817 | 2361-V2 |
| 8684555 | 1/1/2013 | Cooling water chiller UE-07 to GFLA-3 cooling tower | | Propylene | 64,179 | 2361-V2 |

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 8684555 | 1/1/2013 | Cooling tower water chiller UE-07 to GFLA-3 cooling tower | | Propylene | 64,179 | 2361-V2 |
| 8709523 | 1/12/2013 | Isopropyl Alcohol Unit (IPA) | | Propylene | 203 | 1924-V4 |
| 8709523 | 1/12/2013 | IPA flange on downstream control valve | | Propylene | 203 | 1924-V4 |
| 8695240 | 1/15/2013 | EPLA-S | | Propylene | 35,590 | 2361-V1 |
| 8695240 | 1/15/2013 | Ethylene Purification Unit EPLA-S | | Propylene | 35,590 | 2361-V1 |
| 8695240 | 1/15/2013 | EPLA-S | | Flammable Vapor | 37,820 | 2361-V1 |
| 8695240 | 1/15/2013 | EPLA-S | | Flammable Vapor | 37,820 | 2361-V1 |
| 9220139 | 4/20/2013 | #8 Pipestill Unit | Undetermined | VOC | Up to 5,000 | 2755-V4 |
| 8850386 | 5/5/2013 | ECLA-W unit HC-01 compressor | Preventable | Ethylene | 333 | 2031-V8 |
| 8850386 | 5/5/2013 | ECLA-W unit HC-01 compressor | Preventable | Flammable Vapor | 2,712 | 2031-V8 |
| 8902112 | 5/21/2013 | RLA-1 Unit | | Methyl Chloride | 810 | Not Reported |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Propylene | 1,477 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | 1,3 Butadiene | 959 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Ethylene | 3,709 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Nitrogen Oxide | 4,089 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Benzene | 850 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Isoprene | 414 | 2031-V8 |

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | Sulfur Dioxide | 30,097 | 2031-V8 |
| 8902114 | 5/21/2013 | OLA-2X Unit | Preventable | VOC | 5,267 | 2031-V8 |
| 9066700 | 6/17/2013 | AWT Waste Water Treatment Unit | Preventable | Benzene | 6,577 | Not Reported |
| 8916455 | 6/25/2013 | BELA-5 unit caustic scrubber system | Preventable | Benzene | 33 | 2390-V3 |
| 8916455 | 6/25/2013 | BELA-5 unit caustic scrubber system | Preventable | 1,3 - Butadiene | 2,100 | 2390-V3 |
| 8959397 | 8/4/2013 | BELA-5 Unit | | 1,3 - Butadiene | 38 | Not Reported |
| 9107054 | 8/5/2013 | EPLA-W cracker | | Ethylene | 213 | Not Reported |
| 8988652 | 8/9/2013 | EPLA-S Unit | | Propylene | 5,985 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Benzene | 792 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Propylene | 1,376 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Butadiene | 893 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Isoprene | 386 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Ethylene | 3,456 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Nitrogen Oxide | 3,810 | Not Reported |
| 9076101 | 9/29/2013 | OLA-2X gas turbine | Undetermined | Sulfur Dioxide | 28,041 | Not Reported |
| 9076288 | 10/5/2013 | Ethylene Refrigeration compressor and flare gas system | | Ethylene | 7392 | Not Reported |
| 9076288 | 10/5/2013 | Ethylene Refrigeration compressor and flare gas system | | Butadiene | 249 | Not Reported |
| 9076288 | 10/5/2013 | Ethylene Refrigeration compressor and flare gas system | | Nitrogen Oxide | 4,648 | Not Reported |
| 9076288 | 10/5/2013 | Ethylene Refrigeration compressor and flare gas system | | Propylene | 2,028 | Not Reported |

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 9076288 | 10/5/2013 | Ethylene Refrigeration compressor and flare gas system | | Sulfur Dioxide | 23,626 | Not Reported |
| 8801975 | 11/9/2013 | OLA-2X gas turbine tripped, material released to the flare gas system | | VOCs | 12,208 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | 1,3 - Butadiene | 924 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Sulfur Dioxide | 28,986 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Nitrogen Oxide | 3,938 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Isoprene | 399 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Propylene | 1,423 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Ethylene | 3,572 | 2031-V8 |
| 8801975 | 11/9/2013 | OLA-2X gas turbine | | Benzene | 819 | 2031-V8 |
| 9110713 | 11/20/2013 | Flange between two pipes | | Bromine | 178 | Not Reported |
| 9110713 | 11/20/2013 | Flange between two pipes | | Sulfur Dioxide | 11,979 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Ethylene | 1,476 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Propylene | 588 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Butadiene | 382 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Isoprene | 165 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Benzene | 338 | Not Reported |
| 9422510 | 11/20/2013 | OLA-2X gas compressor | | Nitrogen Oxide | 1,628 | Not Reported |
| 9160668 | 1/7/2014 | Vapor leak on outlet- Emergency Isolation Valve flange of a Finishing Clay Bed Treater | Undetermined | Benzene | 101 | Not Reported |

Exhibit C: Illustrative Table of Violations

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 9192686 | 2/2/2014 | Pinhole leak in solvent line | | Flammable Vapor | 284 | Not Reported |
| 9273718 | 2/15/2014 | Sample station at TK1661 left open | Preventable | Butadiene | 24.5 | Not Reported |
| 9229291 | 2/24/2014 | Isopropyl Alcohol Unit | Preventable | Propylene | 10,931 | Not Reported |
| 9229369 | 3/5/2014 | Flare line leak, RLA-1 unit | | VOC | 36 per day | Not Reported |
| 9278041 | 4/19/2014 | Neo Acid unit | Preventable | Boron trifluoride | 6,133 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | Propylene | 1,359 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | Ethylene | 199,632 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | 1,3 - Butadiene | 46 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | Benzene | 16 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | Nitric Oxide | 3297 | Not Reported |
| 9460240 | 8/4/2014 | EPLA-W unit | Preventable | Flammable Vapor | 245,100 | Not Reported |
| 9473638 | 8/7/2014 | Aromatics unit | Undetermined | Benzene | 149 | Not Reported |
| 9473638 | 8/7/2014 | Aromatics unit | Undetermined | Flammable Vapor | 1,009 | Not Reported |
| 9627224 | 1/8/2015 | RLA-1 Tower safety valve | Preventable | Hydrochloric Acid | 10,043 | Not Reported |
| 9627224 | 1/8/2015 | RLA-1 Tower safety valve | Preventable | Methyl Chloride | 70 | Not Reported |
| 9663537 | 2/10/2015 | Heat Exchanger leaking | | Butadiene | 1,201 | Not Reported |
| 9804510 | 4/6/2015 | Flange leak on EPLA-S | Undetermined | Flammable Vapor | 7,463 | Not Reported |
| 9804428 | 4/16/2015 | EPLA-S cooling tower | Undetermined | Propylene | 180,047 | Not Reported |
| 9826418 | 4/28/2015 | Aromatics unit | | Benzene | 51 | Not Reported |
| 9836912 | 5/13/2015 | Truck in transit | Not responsible b/c truck was in transit | 70% Hexane and 30% Isoprene | | Not Reported |
| 9897972 | 6/12/2015 | Heat Exchanger gasket | Preventable | 1, 3 Pentadiene | 332 | Not Reported |

Exhibit C: Illustrative Table of Violations

| Doc ID | Incident Start Date | Source | Comment | Pollutant | Release (lbs.) | Permit No. |
|---|---|---|---|---|---|---|
| 9936905 | 9/5/2015 | Flaring of steam cracking furnace | Sever weather caused disruption to steam supply | Ethylene | 2,905 | Not Reported |
| 9936905 | 9/5/2015 | Flaring of steam cracking furnace | Sever weather caused disruption to steam supply | Propylene | 1,226 | Not Reported |
| 9936905 | 9/5/2015 | Flaring of steam cracking furnace | Sever weather caused disruption to steam supply | 1,3 - Butadiene | 64 | Not Reported |
| 9936905 | 9/5/2015 | Flaring of steam cracking furnace | Sever weather caused disruption to steam supply | Benzene | 52 | Not Reported |
| 9936905 | 9/5/2015 | Flaring of steam cracking furnace | Sever weather caused disruption to steam supply | Nitrogen Oxide | 1,250 | Not Reported |

**Total** 1,430,430.60