# CLIENT'S WRITTEN CONSENT FOR APPEARANCES BY LAW STUDENTS

Louisiana Environmental Action Network (LEAN) hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on LEAN's behalf in any matter in which the Tulane Environmental Law Clinic represents LEAN.  LEAN gives its consent in accordance with the Court's local rule governing law student appearances.

Dated: __12/28/2015_____

*[signature]*
Marylee Orr, Executive Director
Louisiana Environmental Action Network
162 Croydon Ave
Baton Rouge, LA 70806