Exhibit E

## DEAN'S CERTIFICATION PURSUANT TO LOCAL RULE 83.2.13

I, David Meyer, am Dean of the Tulane Law School. To the best of my knowledge and belief following reasonable inquiry, Tulane Law Students , Terence J. Alost, Francis C. Cannone, Katherine P. Decker , Alison M. Dunbar, Cristel Mary John, Sarah Mae Kalis, Maria Kalousi-Tatum, Suzanne S. Kimble, Michael A. Margherita, Jessica P. Marsh, Robert Pawlinski, Rachael Waxler Ruiz, Amanda M. Serfess, Catherine A. Simon, Emily C. Smith, Gretchen A. Trauth, Katherine D. Van Marter  are of good moral character, competent legal ability, and adequately trained to perform as legal interns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug 25, 2015

David Meyer, Dean
Tulane Law School
6329 Freret St.
New Orleans, LA 70118