UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK AND STEPHANIE ANTHONY, §§§§§§§§§§§§ | |
| *Plaintiffs,* | CIVIL ACTION NO. 3:16-CV-00144-SDD-RLB |
| v. | |
| EXXON MOBIL CORP. d/b/a/ EXXONMOBIL CHEMICAL CO., | |
| *Defendant.* | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

**NOW INTO COURT,** through undersigned counsel, comes Defendant Exxon Mobil Corporation ("ExxonMobil"), who, pursuant to Local Rule 8(g), respectfully seeks leave to exceed, by five pages, the 10-page limit set by Local Rule 8(g) and this Court's Briefing Schedule in its Response to Plaintiffs' Motion for Summary Judgment on Standing, which is due Friday, January 13, 2017. Plaintiffs do not oppose the relief requested herein.

Plaintiffs have requested summary judgment on the issue of standing. To establish standing, Plaintiffs must establish organizational standing, which in turn requires them to establish individual standing. To establish organizational standing, a plaintiff must prove that: (1) its members would otherwise have standing to sue in their own right; (2) the interests it seeks to protect are germane to the organization's purpose; and (3) neither the claim asserted nor the relief requested requires the participation of individual members. *Texans United for Safe Econ. Educ. Fund v. Crown Cent. Petro. Corp.*, 207 F.2d 789, 792 (5th Cir. 2000) (citations omitted). To satisfy the first element, the plaintiff must prove that an individual member has standing to sue by meeting the following requirements: (1) they must have suffered an actual or imminent—not

merely conjectural or hypothetical—injury; (2) the injury must be fairly traceable to the defendant's action; and (3) it must be likely, as opposed to merely speculative, that the injury will be redressed if the plaintiff prevails in the lawsuit. *Id.* (citations omitted).

Consideration of the elements for both organizational and individual standing is claim- and relief-specific, requiring ExxonMobil to address each element separately based on Plaintiffs' claims and requested relief. In addition, ExxonMobil must address whether Plaintiffs have proved that they have statutory standing to sue under the Clean Air Act's citizen suit provision. ExxonMobil respectfully submits that additional pages will assist this Court in fully understanding the relevant legal and factual issues raised in Plaintiffs' Motion.

Based on the foregoing, ExxonMobil requests that the Court grant it leave to file a 15-page response, excluding attachments, so that it may fully address the issues raised by Plaintiffs' Motion for Summary Judgment on Standing.

Respectfully submitted,

LISKOW & LEWIS

*/s/ Michael P. Cash*
**Michael P. Cash**
**Lead Attorney**
Louisiana State Bar No. 31655
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
E-mail: mcash@liskow.com

**Carlos J. Moreno**
Texas State Bar No. 24070297
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: cjmoreno@liskow.com

        **Jillian M. Marullo**
        Texas State Bar No. 24080504
        1001 Fannin Street, Suite 1800
        Houston, Texas 77002
        Telephone: (713) 651-2900
        Facsimile: (713) 651-2908
        Email: jmmarullo@liskow.com

        **ATTORNEYS FOR EXXON MOBIL CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by electronic mail by the Clerk of the Court via the CM/ECF system, by placing same in the United States mail, properly addressed and postage prepaid, and/or by electronic mail this 10th day of January, 2017.

        */s/ Michael P. Cash*
        Michael P. Cash

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with counsel for Plaintiffs on January 10, 2017 regarding the foregoing motion, and counsel for Plaintiffs represented that they were not opposed to the relief requested herein.

        */s/ Jillian M. Marullo*
        Jillian M. Marullo

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK AND STEPHANIE ANTHONY, § § § *Plaintiffs,* § § v. § § EXXON MOBIL CORP. d/b/a/ EXXONMOBIL CHEMICAL CO., § § § *Defendant.* § | CIVIL ACTION NO. 3:16-CV-00144-SDD-RLB |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The Court, having considered Exxon Mobil Corporation's Unopposed Motion for Leave to Exceed Page Limitation, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Exxon Mobil Corporation is hereby granted leave to exceed the 10-page page limitation for responses in its Response to Plaintiffs' Motion for Summary Judgment on Standing by five pages.

**SIGNED** in Baton Rouge, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE