## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ENVIRONMENTAL ACTION NETWORK AND STEPHANIE ANTHONY, | Case No. 3:16-cv-00144-SDD-RLB |
| *Plaintiff*, | Judge: Shelly D. Dick |
| v. | Magistrate: Richard L. Bourgeois, Jr. |
| EXXONMOBIL CORP. d/b/a/ EXXONMOBIL CHEMICAL CO. | |
| *Defendant* | |

### Motion to Reset Deadlines

Plaintiffs Louisiana Environmental Action Network and Stephanie Anthony move this Court to amend its Scheduling Order (ECF No. 82) to extend the deadlines for filing dispositive motions and Daubert motions to November 27, 2017. Defendant ExxonMobil consents to this motion.

Hurricane Harvey struck Southeast Texas on August 25, 2017 through August 30, 2017. All of the Defendant's counsel work out of the Houston offices of Liskow & Lewis, LLC. Due to Hurricane Harvey, defense counsel was unable to complete expert discovery by the deadline of September 22, 2017. Both parties have agreed to set the Plaintiffs' expert witness deposition for October 26, 2017 to allow the Defendant to complete expert witness depositions. As a result, the deadlines for dispositive and Daubert motions need to be reset to give the parties sufficient time to complete expert discovery. Therefore, the Plaintiffs respectfully ask this Court to reset these deadlines for 30 days after the Plaintiffs' expert witness deposition.

WHEREFORE: This Court should modify the scheduling order to reset the deadlines to file dispositive and Daubert motions for November 27, 2017.

Respectfully submitted on September 28, 2017,

s/ Morgan Wilson
Morgan Wilson
*Student Attorney for the Plaintiffs*

s/ Machelle Hall
Machelle Hall, La. Bar No. 34198
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118-6321
Phone: (504) 865-5789; direct dial 862-8814
Fax: (504) 862-8721
*Counsel for the Plaintiffs*

## **Certificate of Service**

I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on September 28, 2017.

s/ Machelle Hall
Machelle Hall