UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ENVIRONMENTAL ACTION NETWORK AND STEPHANIE ANTHONY,** §§§§ *Plaintiffs,* | |
| § | **CIVIL ACTION NO.** |
| § | **3:16-CV-00144-SDD-RLB** |
| **v.** §§ | |
| **EXXON MOBIL CORP. d/b/a EXXONMOBIL CHEMICAL CO.,** §§§ *Defendant.* | |

## EXXON MOBIL CORPORATION'S AFFIDAVIT OF SETTLEMENT EFFORTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant Exxon Mobil Corporation ("ExxonMobil"), who, in accordance with the Court's deadlines set forth in Rec. Doc. Nos. 14 and 125, hereby submits its Affidavit of Settlement Efforts.

On October 29, 2018, the parties met to discuss settlement possibilities and proposed terms. The parties are very close to resolving this matter amicably and are currently finalizing the terms of a settlement agreement, which ExxonMobil anticipates will be executed in the next few weeks. The parties are in the process of exchanging drafts and revisions to this end.

WHEREFORE, ExxonMobil prays that the Court accept its Affidavit of Settlement Efforts.

Respectfully submitted,

**LISKOW & LEWIS**

 */s/ Michael P. Cash*
**Michael P. Cash**
**Lead Attorney**
Louisiana State Bar No. 31655
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 651-2900
Facsimile:  (713) 651-2908
E-mail:  mcash@liskow.com

**Carlos J. Moreno**
Texas State Bar No. 24070297

1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: cjmoreno@liskow.com

**Jillian M. Marullo**
Texas State Bar No. 24080504
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: jmmarullo@liskow.com

**ATTORNEYS FOR EXXON MOBIL CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by electronic mail by the Clerk of the Court via the CM/ECF system, by placing same in the United States mail, properly addressed and postage prepaid, and/or by electronic mail this 8th day of January, 2019.

                                                */s/ Michael P. Cash*
                                                Michael P. Cash