UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Louisiana Environmental Action Network and Stephanie Anthony,<br>    *Plaintiffs*,<br>    v.<br>Exxon Mobil Corp. d/b/a/ Exxonmobil Chemical Co.,<br>    *Defendant.* | Case No. 3:16-cv-00144-SDD-RLB<br><br>Judge: Shelly D. Dick<br><br>Magistrate: Richard L. Bourgeois, Jr. |

101-055.1

## 28 U.S.C. § 1746 Final Affidavit of Settlement Efforts

1. My name is Machelle Hall. I am a counsel of record for the Plaintiffs in the above-entitled action and am competent to make this declaration.

2. On January 8, 2018, counsel for Plaintiffs sent a good faith settlement proposal in the form of a proposed Consent Decree to Exxon Mobil Corporation ("Exxon") via its counsel of record.

3. On February 2, 2018, Exxon refused the settlement offer via email of its counsel. Exxon did not provide a counteroffer.

4. On April 11, 2018, representatives of the parties and their counsel met to discuss cooperatively resolving the claims in this case.

5. On July 6, 2018, counsel for the Plaintiffs followed up on the April 11, 2018, meeting via letter, confirming next steps and suggesting a follow-up meeting.

5. On August 27, 2018, counsel for Plaintiffs sent a second settlement proposal in the form of a Consent Decree to Exxon via its counsel of record.

6. On October 29, 2018, the parties and their counsel met at the offices of the Louisiana Department of Environmental Quality (LDEQ) to discuss settlement. The parties also invited other persons who might assist with the discussion to attend part of the meeting.

7.On December 17, 2018, counsel for Plaintiffs sent a revised settlement proposal in the form of a Consent Decree and attached documents to Exxon via its counsel.

8.On January 4, 2019, counsel for Exxon responded to Plaintiffs' settlement proposal with a counterproposal.

9.The parties are currently discussing terms of the settlement proposal and, based on these discussions, Plaintiffs and their counsel are optimistic that the parties can reach an agreement in the near future.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2019,

s/ Machelle Hall
Machelle R. Lee Hall, La. Bar No. 31498
Lisa Jordan, La Bar No. 20451
6329 Freret Street
New Orleans, LA 70118-6321
Phone: (504) 862-8819
Email: mhall@tulane.edu
*Counsel for Plaintiffs*

**Certificate of Service**

I certify that on January 8, 2019, I caused a copy of this document to be served through the Court's CM/ECF system to all parties registered to receive electronic notice.

s/ Machelle Hall
Machelle R. Lee Hall